UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER VAN ALLEN, | Case No. CV 11-3557-ODW (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| F. CHAVEZ, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 6, 2012

_____
Otis D. Wright, II
United States District Judge